[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
August 24, 2005
THOMAS K. KAHN
CLERK

_____

No. 04-14475

_____

D. C. Docket No. 01-01322-CV-RWS-1

LISA B. HOGAN,

Plaintiff-Appellant,

versus

BELLSOUTH CORPORATION, Georgia corporation,
BELLSOUTH TELECOMMUNICATIONS, INC.,Georgia
corporation,

Defendants-Appellees.

_____

Appeal from the United States District Court
for the Northern District of Georgia

_____

(August 24, 2005)

Before BIRCH, CARNES and FAY, Circuit Judges.

PER CURIAM:

We affirm the judgment in this case on the basis of the thorough and well-reasoned discussion of the issues in the January 28, 2004 Report and Recommendation of United States Magistrate Judge Gerrilyn Brill, as adopted and supplemented by the July 29, 2004 order of United States District Court Judge Richard W. Story.